# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-15107-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDI... | Date Filed (f) or Converted (c): | 02/29/2012 (f) |
| For the Period Ending: | 9/30/2017 | §341(a) Meeting Date: | 04/10/2012 |
| | | Claims Bar Date: | 07/18/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Homestead located at 6707 NW 58th St, Tamarac | $68,240.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 2  Cash on hand. | $20.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 3  Bank of America - Checking acct. ending in 7113 | $1,362.73 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 4  Household Goods and Furnishings | $605.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 5  Wearing Apparel | $50.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 6  Wife only - rollover from 401(k) - BOA IRA | $9,018.95 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 7  2008 Ford Focus | $5,219.00 | $2,075.00 | | $0.00 | FA |
| Asset Notes:  debtor provided proof of insurance | | | | | |
| 8  2007 Honda Civic Sedan | $6,547.00 | $2,075.00 | | $0.00 | FA |
| Asset Notes:  debtor provided proof of insurance | | | | | |
| 9  2009 Used Toyota Yaris | $8,592.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  debtor provided proof of insurance | | | | | |
| 10  2008 Used Toyota Yaris | $8,289.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  debtor provided proof of insurance | | | | | |
| 11  2011 Tax Return (u) | $2,432.00 | $2,432.00 | | $0.00 | FA |
| 12  Personal Injury Claim (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| Asset Notes:  estimating a value will jeopardize the on going litigation | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $110,375.68 | $6,583.00 | | | $0.00 | $1.00 |

**Major Activities affecting case closing:**

1. Trustee re-opened case to administer personal injury claim- update- special counsel is currently reviewing motion to approve settlement and trustee anticipates filing of that motion by October 30, 2017 KMC
2. CBD: 7/18/12; claims reviewed and ok. sls
3. No tax return needed for supplemental recovery on personal injury claim.

| Initial Projected Date Of Final Report (TFR): | 08/31/2013 | /s/ SONYA L. SALKIN |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 03/30/2018 | SONYA L. SALKIN |