UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-15107-RBR |
| | § | |
| CHARLES RICHARD WILLIAMSON | § | |
| JUDITH E WILLIAMSON | § | |
| | § | |
| Debtors | § | |

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/29/2012. The undersigned trustee was appointed on 02/29/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $209,617.88

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $1,530.51 |
   | Bank service fees | $822.52 |
   | Other Payments to creditors | $4,841.49 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | | |
   | Leaving a balance on hand of[1] | $202,423.36 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/18/2012 and the deadline for filing government claims was 08/27/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,156.36. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $1,408.20 as interim compensation and now requests the sum of $9,748.16, for a total compensation of $11,156.36[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $122.31, and now requests reimbursement for expenses of $564.98, for total expenses of $687.29.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/25/2018                    By:  /s/ Sonya L. Salkin
                                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1
Exhibit A

| Case No.: | 12-15107-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDI | Date Filed (f) or Converted (c): | 02/29/2012 (f) |
| For the Period Ending: | 4/25/2018 | §341(a) Meeting Date: | 04/10/2012 |
| | | Claims Bar Date: | 07/18/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Homestead located at 6707 NW 58th St, Tamarac | $68,240.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 2  Cash on hand. | $20.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 3  Bank of America - Checking acct. ending in 7113 | $1,362.73 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 4  Household Goods and Furnishings | $605.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 5  Wearing Apparel | $50.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 6  Wife only - rollover from 401(k) - BOA IRA | $9,018.95 | $0.00 | | $0.00 | FA |
| Asset Notes:  Orig. Asset Memo: Imported from original petition Doc# 14 | | | | | |
| 7  2008 Ford Focus | $5,219.00 | $2,075.00 | | $2,075.00 | FA |
| Asset Notes:  debtor provided proof of insurance | | | | | |
| 8  2007 Honda Civic Sedan | $6,547.00 | $2,075.00 | | $2,075.00 | FA |
| Asset Notes:  debtor provided proof of insurance | | | | | |
| 9  2009 Used Toyota Yaris | $8,592.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  debtor provided proof of insurance | | | | | |
| 10  2008 Used Toyota Yaris | $8,289.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  debtor provided proof of insurance | | | | | |
| 11  2011 Tax Return    (u) | $2,432.00 | $2,432.00 | | $2,432.00 | FA |
| 12  Personal Injury Claim    (u) | $0.00 | $240,000.00 | | $203,035.88 | FA |

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**

| | $110,375.68 | $246,582.00 | | $209,617.88 | $0.00 |

**Major Activities affecting case closing:**

1. Trustee re-opened case to administer personal injury claim- motion to approve settlement as approved and funds received. case ready to close.
2. CBD: 7/18/12; claims reviewed and ok. sls
3. No tax return needed for supplemental recovery on personal injury claim.

| **Initial Projected Date Of Final Report (TFR):** | 08/31/2013 | /s/ SONYA L. SALKIN |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 03/30/2018 | SONYA L. SALKIN |

FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-15107-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3362 | Checking Acct #: | ******6366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 2/29/2012 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 4/25/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ / Disbursement $ | Balance |
| 04/12/2012 | (11) | UNITED STATES TREASURY | TURNOVER 2011 TAX REFUND PER VERBAL DEMAND AT 341 MTG. AND ORDER DATED 5/31/12 | 1224-000 | $2,432.00 | | $2,432.00 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $2,407.00 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $2,382.00 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $2,357.00 |
| 07/05/2012 | | CHARLES R OR JUDITH E WILLIAMSON | PMT. NO. 1 AND BANK FEE ON ASSETS 7 AND 8 PER ORDER DATED 5/31/12 | * | $691.66 | | $3,048.66 |
| | {7} | | Acct #BANK FEE; Payment #1       $12.95 | 1129-000 | | | $3,048.66 |
| | {7} | | Acct #ORDER DATED 5/31/12; Payment #1       $345.38 | 1129-000 | | | $3,048.66 |
| | {8} | | Acct #BANK FEE; Payment #1       $12.05 | 1129-000 | | | $3,048.66 |
| | {8} | | Acct #ORDER DATED 5/31/12; Payment #1       $321.28 | 1129-000 | | | $3,048.66 |
| 07/09/2012 | | CHARLES R OR JUDITH E WILLIAMSON | PMT. NO. 2 AND BANK FEE ON ASSETS 7 AND 8 PER ORDER DATED 5/31/12 | * | $691.66 | | $3,740.32 |
| | {7} | | Acct #BANK FEE; Payment #2       $12.95 | 1129-000 | | | $3,740.32 |
| | {7} | | Acct #ORDER DATED 5/31/12; Payment #2       $345.38 | 1129-000 | | | $3,740.32 |
| | {8} | | Acct #BANK FEE; Payment #2       $12.05 | 1129-000 | | | $3,740.32 |
| | {8} | | Acct #ORDER DATED 5/31/12; Payment #2       $321.28 | 1129-000 | | | $3,740.32 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $3,715.32 |
| 08/06/2012 | | CHARLS R OR JUDITH E WILLIAMSON | PMT. NO. 3 AND BANK FEE ON ASSETS 7 AND 8 PER ORDER DATED 5/31/12 | * | $691.66 | | $4,406.98 |
| | {7} | | Acct #BANK FEE; Payment #3       $12.95 | 1129-000 | | | $4,406.98 |
| | {7} | | Acct #ORDER DATED 5/31/12; Payment #3       $345.38 | 1129-000 | | | $4,406.98 |
| | {8} | | Acct #BANK FEE; Payment #3       $12.05 | 1129-000 | | | $4,406.98 |
| | {8} | | Acct #ORDER DATED 5/31/12; Payment #3       $321.28 | 1129-000 | | | $4,406.98 |
| | | | SUBTOTALS | | $4,506.98 | $100.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-15107-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3362 | Checking Acct #: | ******6366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 2/29/2012 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 4/25/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,381.98 |
| 09/13/2012 | | CHARLES R OR JUDITH E WILLIAMSON | PMT. NO. 4 AND BANK FEE ON ASSETS 7 AND 8 PER ORDER DATED 5/31/12 | * | $691.66 | | $5,073.64 |
| | {7} | | Acct #BANK FEE; Payment #4    $12.95 | 1129-000 | | | $5,073.64 |
| | {7} | | Acct #ORDER DATED 5/31/12; Payment #4    $345.38 | 1129-000 | | | $5,073.64 |
| | {8} | | Acct #BANK FEE; Payment #4    $12.05 | 1129-000 | | | $5,073.64 |
| | {8} | | Acct #ORDER DATED 5/31/12; Payment #4    $321.28 | 1129-000 | | | $5,073.64 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,048.64 |
| 10/11/2012 | | CHARLES R OR JUDITH WILLIAMSON | PMT. NO. 5, PARTIAL PMT. NO. 6 AND BANK FEE ON ASSET NO. 7 AND 8 PER ORDER DATED 5/31/12 | * | $691.70 | | $5,740.34 |
| | {7} | | Acct #ORDER DATED 5/31/12; Payment #6    $0.02 | 1129-000 | | | $5,740.34 |
| | {7} | | Acct #BANK FEE; Payment #5    $12.95 | 1129-000 | | | $5,740.34 |
| | {7} | | Acct #ORDER DATED 5/31/12; Payment #5    $345.38 | 1129-000 | | | $5,740.34 |
| | {8} | | Acct #ORDER DATED 5/31/12; Payment #6    $0.02 | 1129-000 | | | $5,740.34 |
| | {8} | | Acct #BANK FEE; Payment #5    $12.05 | 1129-000 | | | $5,740.34 |
| | {8} | | Acct #ORDER DATED 5/31/12; Payment #5    $321.28 | 1129-000 | | | $5,740.34 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,715.34 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $5,690.34 |

SUBTOTALS    $1,383.36    $100.00

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-15107-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3362 | Checking Acct #: | ******6366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 2/29/2012 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 4/25/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2012 | | CHARLES R OR JUDITH E WILLIAMSON | BAL. OF PMT. NO. 6 (FINAL) AND BANK FEE ON ASSETS 7 AND 8 PER ORDER DATED 5/31/12 | * | $691.66 | | $6,382.00 |
| | {7} | | Acct #BANK FEE; Payment #6    $12.50 | 1129-000 | | | $6,382.00 |
| | {7} | | Acct #ORDER DATED 5/31/12; Payment #6    $270.83 | 1129-000 | | | $6,382.00 |
| | {8} | | Acct #BANK FEE; Payment #6    $12.50 | 1129-000 | | | $6,382.00 |
| | {8} | | Acct #ORDER DATED 5/31/12; Payment #6    $395.83 | 1129-000 | | | $6,382.00 |
| 12/18/2012 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********3088    ****1218 | 9999-000 | | $6,382.00 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $6,582.00 | $6,582.00    $0.00 |
| Less: Bank transfers/CDs | $0.00 | $6,382.00 |
| Subtotal | $6,582.00 | $200.00 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $6,582.00 | $200.00 |

| For the period of 2/29/2012 to 4/25/2018 | | For the entire history of the account between 04/12/2012 to 4/25/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,582.00 | Total Compensable Receipts: | $6,582.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,582.00 | Total Comp/Non Comp Receipts: | $6,582.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $200.00 | Total Compensable Disbursements: | $200.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $200.00 | Total Comp/Non Comp Disbursements: | $200.00 |
| Total Internal/Transfer Disbursements: | $6,382.00 | Total Internal/Transfer Disbursements: | $6,382.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4    Exhibit B

| Case No. | 12-15107-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3362 | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 2/29/2012 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 4/25/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/02/2018 | (12) | 2014 AMS QUALIFIED SETTLEMENT FUND | PAYMENT ON SETTLEMENT PER ORDER DATED 11/16/17 (CP 80) | 1242-000 | $203,035.88 |  | $203,035.88 |
| 01/31/2018 |  | Green Bank | Bank Service Fee | 2600-000 |  | $317.06 | $202,718.82 |
| 02/28/2018 |  | Green Bank | Bank Service Fee | 2600-000 |  | $295.46 | $202,423.36 |
| 03/30/2018 |  | Green Bank | Bank Service Fee | 2600-000 |  | $337.18 | $202,086.18 |
| 04/02/2018 |  | Green Bank | Reverse bank fee | 2600-000 |  | ($337.18) | $202,423.36 |
|  |  |  | **TOTALS:** |  | $203,035.88 | $612.52 | $202,423.36 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $203,035.88 | $612.52 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $203,035.88 | $612.52 |  |

For the period of  2/29/2012 to 4/25/2018

| | |
|---|---|
| Total Compensable Receipts: | $203,035.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $203,035.88 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $612.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $612.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 01/02/2018 to 4/25/2018

| | |
|---|---|
| Total Compensable Receipts: | $203,035.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $203,035.88 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $612.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $612.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-15107-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***3362 | Checking Acct #: | ******8566 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 2/29/2012 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 4/25/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2012 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $6,382.00 | | $6,382.00 |
| 12/31/2012 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $6,372.00 |
| 03/05/2013 | 10101 | PHARIA L.L.C. | Dividend paid 10.54% on $13,703.88; Claim# 1; Filed: $13,703.88; Reference: 0942 | 7100-000 | | $1,444.72 | $4,927.28 |
| 03/05/2013 | 10102 | Discover Bank | Dividend paid 10.54% on $14,103.02; Claim# 2; Filed: $14,103.02; Reference: 5204 | 7100-000 | | $1,486.80 | $3,440.48 |
| 03/05/2013 | 10103 | Discover Bank | Dividend paid 10.54% on $2,036.97; Claim# 3; Filed: $2,036.97; Reference: 2835 | 7100-000 | | $214.75 | $3,225.73 |
| 03/05/2013 | 10104 | Sheridan Emergency Physicians Services | Dividend paid 10.54% on $373.40; Claim# 4; Filed: $373.40; Reference: 0001 | 7100-000 | | $39.37 | $3,186.36 |
| 03/05/2013 | 10105 | Quantum3 Group LLC as agent for | Dividend paid 10.54% on $5,495.97; Claim# 5; Filed: $5,495.97; Reference: 7320/ ANN TAYLOR MC | 7100-000 | | $579.41 | $2,606.95 |
| 03/05/2013 | 10106 | Guillermo J. Valenzuela, MD PA | Dividend paid 10.54% on $229.54; Claim# 6; Filed: $229.54; Reference: 1415 | 7100-000 | | $24.20 | $2,582.75 |
| 03/05/2013 | 10107 | American Express Centurion Bank | Dividend paid 10.54% on $5,571.12; Claim# 7; Filed: $5,571.12; Reference: 1000 | 7100-000 | | $587.33 | $1,995.42 |
| 03/05/2013 | 10108 | UNIVERSITY HOSPITAL | Dividend paid 10.54% on $165.60; Claim# 8; Filed: $165.60; Reference: 0259 | 7100-000 | | $17.46 | $1,977.96 |
| 03/05/2013 | 10109 | PYOD LLC, as assignee of Citibank | Dividend paid 10.54% on $4,244.27; Claim# 9; Filed: $4,244.27; Reference: 2847 | 7100-000 | | $447.45 | $1,530.51 |
| 03/05/2013 | 10110 | SONYA L. SALKIN, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | * | | $1,530.51 | $0.00 |
| | | | Dividend paid 100.00% on $122.31; Claim# ; Filed: $122.31    $(122.31) | 2200-000 | | | $0.00 |
| | | | Dividend paid 100.00% on $1,408.20; Claim# ; Filed: $1,408.20    $(1,408.20) | 2100-000 | | | $0.00 |

| | SUBTOTALS | $6,382.00 | $6,382.00 |
|---|---|---|---|

Page No: 6       Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 12-15107-RBR | | **Trustee Name:** | Sonya L. Salkin |
| **Case Name:** | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | | **Bank Name:** | Rabobank, N.A. |
| **Primary Taxpayer ID #:** | **-***3362 | | **Checking Acct #:** | ******8566 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 2/29/2012 | | **Blanket bond (per case limit):** | $73,967,000.00 |
| **For Period Ending:** | 4/25/2018 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|   |   |   |   |   |
|---|---|---|---|---|
| | | **TOTALS:** | $6,382.00 | $6,382.00 | $0.00 |
| | | **Less: Bank transfers/CDs** | $6,382.00 | $0.00 | |
| | | **Subtotal** | $0.00 | $6,382.00 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $0.00 | $6,382.00 | |

**For the period of 2/29/2012 to 4/25/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,382.00 |
| | |
| Total Compensable Disbursements: | $6,382.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,382.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/19/2012 to 4/25/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,382.00 |
| | |
| Total Compensable Disbursements: | $6,382.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,382.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 7                Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-15107-RBR | Trustee Name: | Sonya L. Salkin |
|---|---|---|---|
| Case Name: | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***3362 | Checking Acct #: | ******8566 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 2/29/2012 | Blanket bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 4/25/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $209,617.88 | $7,194.52 | $202,423.36 |

For the period of 2/29/2012 to 4/25/2018

| | |
|---|---|
| Total Compensable Receipts: | $209,617.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $209,617.88 |
| Total Internal/Transfer Receipts: | $6,382.00 |
| | |
| Total Compensable Disbursements: | $7,194.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,194.52 |
| Total Internal/Transfer Disbursements: | $6,382.00 |

For the entire history of the case between 02/29/2012 to 4/25/2018

| | |
|---|---|
| Total Compensable Receipts: | $209,617.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $209,617.88 |
| Total Internal/Transfer Receipts: | $6,382.00 |
| | |
| Total Compensable Disbursements: | $7,194.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,194.52 |
| Total Internal/Transfer Disbursements: | $6,382.00 |

/s/ SONYA L. SALKIN
_____

SONYA L. SALKIN

## CLAIM ANALYSIS REPORT

| Case No.: | 12-15107-RBR | | Trustee Name: | Sonya L. Salkin |
| --- | --- | --- | --- | --- |
| Case Name: | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | | Date: | 4/25/2018 |
| Claims Bar Date: | 07/18/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | SONYA L. SALKIN, TRUSTEE<br>1776 N. PINE ISLAND RD.<br>SUITE 218<br>PLANTATION FL 33322 | 02/29/2012 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $687.29 | $687.29 | $122.31 | $4.02 | $0.00 | $564.98 |
| | SONYA L. SALKIN, TRUSTEE<br>1776 N. PINE ISLAND RD.<br>SUITE 218<br>PLANTATION FL 33322 | 02/29/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $11,156.36 | $11,156.36 | $1,408.20 | $69.28 | $0.00 | $9,748.16 |
| | KLINE AND SPECTER<br>C/O CHRISTINE CLARKE<br>1525 Locust Street<br>Philadelphia PA 19102 | 01/24/2018 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $0.00 | $91,200.00 | $91,200.00 | $0.00 | $0.00 | $0.00 | $91,200.00 |
| **Claim Notes:** | Per ECF 80 Order dated 11/16/2017 | | | | | | | | | | | |
| | KLINE AND SPECTER<br>C/O CHRISTINE CLARKE<br>1525 Locust Street<br>Philadelphia PA 19102 | 01/24/2018 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $0.00 | $5,434.75 | $5,434.75 | $0.00 | $0.00 | $0.00 | $5,434.75 |
| **Claim Notes:** | ECF ecf 80 order dated 11/16/2017 | | | | | | | | | | | |
| | THE SALKIN LAW FIRM<br>950 S. Pine Island Rd.<br>Suite A-150<br>PLANTATION FL 33324 | 03/08/2018 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $2,435.00 | $2,435.00 | $0.00 | $0.00 | $0.00 | $2,435.00 |
| **Claim Notes:** | ECF 86 | | | | | | | | | | | |
| | THE SALKIN LAW FIRM<br>950 S. Pine Island Rd.<br>Suite A-150<br>PLANTATION FL 33324 | 03/08/2018 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $102.30 | $102.30 | $0.00 | $0.00 | $0.00 | $102.30 |
| **Claim Notes:** | ECF 86 | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CLAIM ANALYSIS REPORT | | | | | | Page No: 2 | | Exhibit C |
| **Case No.** | | 12-15107-RBR | | | | | | | **Trustee Name:** | | Sonya L. Salkin |
| **Case Name:** | | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | | | | | | | **Date:** | | 4/25/2018 |
| **Claims Bar Date:** | | 07/18/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHARLES RICHARD WILLIAMSON AND JUDITH E WILLIAMSON<br><br>11715 W. Atlantic Blvd. Apt 4<br>Coral Springs FL 33071 | 03/13/2018 | Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | Allowed | 8200-002 | $0.00 | $51,490.64 | $51,490.64 | $0.00 | $0.00 | $0.00 | $51,490.64 |
| **Claim Notes:** | Debtor Surplus | | | | | | | | | | | |
| 1 | PHARIA L.L.C.<br><br>C/O WEINSTEIN AND RILEY, PS<br>PO BOD 3978<br>SEATTLE WA 98124-3978 | 04/20/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,703.88 | $13,703.88 | $1,444.72 | $87.12 | $0.00 | $12,259.16 |
| **Claim Notes:** | ------------------------------------------------------------------<br>Schedule F Account: XXXXXXXXXXXX0942 | | | | | | | | | | | |
| 2 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 04/23/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,103.02 | $14,103.02 | $1,486.80 | $89.66 | $0.00 | $12,616.22 |
| **Claim Notes:** | ------------------------------------------------------------------<br>Schedule F Account: XXXXXXXXXXXX5204 | | | | | | | | | | | |
| 3 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 04/23/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,036.97 | $2,036.97 | $214.75 | $12.95 | $0.00 | $1,822.22 |
| **Claim Notes:** | ------------------------------------------------------------------<br>Schedule F Account: XXXXXXXXXXXX2835 | | | | | | | | | | | |
| 4 | SHERIDAN EMERGENCY PHYSICIANS SERVICES<br>c/o Nationwide Recovery Service<br>PO Box 8005<br>Cleveland TN 37320-8005 | 04/26/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $373.40 | $373.40 | $39.37 | $2.37 | $0.00 | $334.03 |

**CLAIM ANALYSIS REPORT**

Page No: 3  Exhibit C

| Case No.: | 12-15107-RBR | Trustee Name: | Sonya L. Salkin |
| Case Name: | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | Date: | 4/25/2018 |
| Claims Bar Date: | 07/18/2012 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR  World Financial Network Bank  PO Box 788  Kirkland WA 98083-0788 | 04/27/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,495.97 | $5,495.97 | $579.41 | $34.94 | $0.00 | $4,916.56 |
| Claim Notes: | ---------------------------------------------------------------  Schedule F Account: XXXXXXXXXXXX7320 | | | | | | | | | | | |
| 6 | GUILLERMO J. VALENZUELA, MD PA  7542 St. Andrews Rd.  Lake Worth FL 33467 | 05/14/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $229.54 | $229.54 | $24.20 | $1.46 | $0.00 | $205.34 |
| 7 | AMERICAN EXPRESS CENTURION BANK  c/o Becket and Lee LLP  POB 3001  Malvern PA 19355-0701 | 05/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,571.12 | $5,571.12 | $587.33 | $35.42 | $0.00 | $4,983.79 |
| Claim Notes: | ---------------------------------------------------------------  Schedule F Account: XXXXXXXXXXXX8893 | | | | | | | | | | | |
| 8 | UNIVERSITY HOSPITAL  Resurgent Capital Services  PO Box 1927  Greenville SC 29602 | 06/05/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $165.60 | $165.60 | $17.46 | $1.05 | $0.00 | $148.14 |
| Claim Notes: | ---------------------------------------------------------------  Schedule F Account: CHARLES WILLIAMSON | | | | | | | | | | | |
| 9 | PYOD LLC, AS ASSIGNEE OF CITIBANK  c/o Resurgent Capital Services  PO Box 19008  Greenville SC 29602 | 07/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,244.27 | $4,244.27 | $447.45 | $26.98 | $0.00 | $3,796.82 |
| Claim Notes: | ---------------------------------------------------------------  Schedule F Account: XXXXXXXXXXXX2847 | | | | | | | | | | | |
| | | | | | | | $208,430.11 | $208,430.11 | $6,372.00 | $365.25 | $0.00 | $202,058.11 |

**CLAIM ANALYSIS REPORT**

Page No: 4     Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 12-15107-RBR | | **Trustee Name:** | Sonya L. Salkin |
| **Case Name:** | WILLIAMSON, CHARLES RICHARD AND WILLIAMSON, JUDITH E | | **Date:** | 4/25/2018 |
| **Claims Bar Date:** | 07/18/2012 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $102.30 | $102.30 | $0.00 | $0.00 | $0.00 | $102.30 |
| Attorney for Trustee Fees (Trustee Firm) | $2,435.00 | $2,435.00 | $0.00 | $0.00 | $0.00 | $2,435.00 |
| General Unsecured § 726(a)(2) | $45,923.77 | $45,923.77 | $4,841.49 | $291.95 | $0.00 | $41,082.28 |
| Special Counsel for Trustee Expenses | $5,434.75 | $5,434.75 | $0.00 | $0.00 | $0.00 | $5,434.75 |
| Special Counsel for Trustee Fees | $91,200.00 | $91,200.00 | $0.00 | $0.00 | $0.00 | $91,200.00 |
| Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | $51,490.64 | $51,490.64 | $0.00 | $0.00 | $0.00 | $51,490.64 |
| Trustee Compensation | $11,156.36 | $11,156.36 | $1,408.20 | $69.28 | $0.00 | $9,748.16 |
| Trustee Expenses | $687.29 | $687.29 | $122.31 | $4.02 | $0.00 | $564.98 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       12-15107-RBR
Case Name:      CHARLES RICHARD WILLIAMSON
                JUDITH E WILLIAMSON
Trustee Name:   Sonya L. Salkin

Balance on hand:                $202,423.36

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:    $0.00
Remaining balance:    $202,423.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| SONYA L. SALKIN, TRUSTEE, Trustee Fees | $11,156.36 | $1,408.20 | $9,748.16 |
| SONYA L. SALKIN, TRUSTEE, Trustee Expenses | $687.29 | $122.31 | $564.98 |
| THE SALKIN LAW FIRM, Attorney for Trustee Fees | $2,435.00 | $0.00 | $2,435.00 |
| THE SALKIN LAW FIRM, Attorney for Trustee Expenses | $102.30 | $0.00 | $102.30 |
| Other: Kline and Specter c/o Christine Clarke, Special Counsel for Trustee Fees | $91,200.00 | $0.00 | $91,200.00 |
| Other: Kline and Specter c/o Christine Clarke, Special Counsel for Trustee Expenses | $5,434.75 | $0.00 | $5,434.75 |

Total to be paid for chapter 7 administrative expenses:    $109,485.19
Remaining balance:    $92,938.17

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $92,938.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $92,938.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $45,923.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | PHARIA L.L.C. | $13,703.88 | $1,444.72 | $12,259.16 |
| 2 | Discover Bank | $14,103.02 | $1,486.80 | $12,616.22 |
| 3 | Discover Bank | $2,036.97 | $214.75 | $1,822.22 |
| 4 | Sheridan Emergency Physicians Services | $373.40 | $39.37 | $334.03 |
| 5 | Quantum3 Group LLC as agent for | $5,495.97 | $579.41 | $4,916.56 |
| 6 | Guillermo J. Valenzuela, MD PA | $229.54 | $24.20 | $205.34 |
| 7 | American Express Centurion Bank | $5,571.12 | $587.33 | $4,983.79 |
| 8 | UNIVERSITY HOSPITAL | $165.60 | $17.46 | $148.14 |
| 9 | PYOD LLC, as assignee of Citibank | $4,244.27 | $447.45 | $3,796.82 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $41,082.28 |
| Remaining balance: | $51,855.89 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $51,855.89 |

**UST Form 101-7-TFR (5/1/2011)**

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $51,855.89 |

       To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.17 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $365.25. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

       The amount of surplus returned to the debtor(s) after payment of all claims and interest is $51,490.64.